Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA
90025-3361
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYZA CAHILIG, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>IKEA U.S. RETAIL, LLC, a Virginia limited liability company; and DOES 1 to 100, inclusive,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No.: 2:19-cv-01182-CJC (ASx)<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Honorable Cormac J. Carney<br><br>Date: September 9, 2019<br>Time: 1:30 p.m.<br><br>Action filed: January 10, 2019<br>Trial Date: April 7, 2020 |

## ORDER

Plaintiff's Motion for Leave to File First Amended Complaint came on for hearing on September 9, 2019, at 1:30 p.m. in the above-referenced Court before the Honorable Cormac J. Carney.

Good cause having been shown therefore, IT IS ORDERED THAT:

1)     Plaintiff may file the First Amended Complaint attached as Exhibit 3 to the Declaration of Kevin T. Barnes within 10 days of this Order;

///

///

- 1 -

**[PROPOSED] ORDER RE:**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90025-3361
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

2) Defendants shall maintain all rights to file any responsive pleading to Plaintiff's First Amended Complaint within the time period provided by the FRCP.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Cormac J. Carney
Judge of the District Court

- 2 -

**[PROPOSED] ORDER RE:
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**